UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of R.J. Sanders, Inc. | : | |
| vs. | : | C.A. NO. 06-454 |
| O. AHLBORG & SONS, INC., CONTINENTAL CASUALTY INSURANCE COMPANY; CENTRAL MAINE POWER PLANT; COMBINED ENERGIES, A DIVISION OF THE UNION WATER-POWER COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY | : | |

**EXTENSION STIPULATION**

The time within which defendants, Westchester Fire Insurance Company, Central Maine Power Plant, and Combined Energies, a Division of the Union Water-Power Company, may answer or otherwise respond to the plaintiff's complaint is hereby extended up to and including December 8, 2006.

Plaintiff
By its Attorneys,

/s/ Joseph J. Reale, Jr.
Joseph J. Reale (#3158)
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
(401) 453-9900
(401) 453-9917 (facsimile)
reale@conversent.net

Dated: November 2, 2006

Defendants
By their Attorneys,

/s/ Michael P. DeFanti
Michael P. DeFanti (#1105)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (facsimile)
mdefanti@haslaw.com

Dated: November 2, 2006