UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>R.J. SANDERS, INC.,<br>Plaintiff | ) | |
| v. | ) | C.A. 06-454S |
| O. AHLBORG & SONS, INC.,<br>CASUALTY INSURANCE COMPANY,<br>CENTRAL MAINE POWER PLANT,<br>COMBINED ENERGIES, a Division of the<br>UNION WATER COMPANY, and<br>WESTCHESTER FIRE INSURANCE CO.,<br>Defendants | ) | |

**ENTRY OF APPEARANCE**

Now comes Laura J. Bottaro and hereby enters her appearance on behalf of the Defendant, O. Ahlborg & Sons, Inc., in the above-entitled matter.

/s/ Laura J. Bottaro
Laura J. Bottaro, Esquire
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax: (401) 521-3555
lbottaro@lmkbw.com

Dated: November 3, 2006