UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of R.J. SANDERS, INC., Plaintiff | ) | |
| v. | ) | C.A. 06-454S |
| O. AHLBORG & SONS, INC., CASUALTY INSURANCE COMPANY, CENTRAL MAINE POWER PLANT, COMBINED ENERGIES, a Division of the UNION WATER COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY, Defendants | ) | |

**STIPULATION**

Now come the Plaintiff and Defendant O. Ahlborg & Sons, Inc. and hereby stipulate that the time within which Ahlborg has to answer or respond to Plaintiff's Complaint is hereby extended up to and including November 17, 2006.

R.J. SANDERS, INC.
By its attorney,

/s/ Joseph J. Reale, Jr.
Joseph J. Reale, Jr., Esquire
30 Kennedy Plaza
Suite 400
Providence, RI 02903
(401) 453-9900
Fax: (401) 453-9917
reale@conversent.net

O. AHLBORG & SONS, INC.
By its attorneys,

/s/ John E. Bulman
John E. Bulman, Esquire
Laura J. Bottaro, Esquire
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
(401) 272-8080
Fax: (401) 521-3555
jbulman@lmkbw.com
lbottaro@lmkbw.com

Dated: November 3, 2006

F:\Laura\Ahlborg\RJ Sanders\Stipulation for Ahlborg to answer or respond to 111706.doc