**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of R.J. Sanders, Inc.<br><br>Plaintiff,<br>v.<br><br>O. AHLBORG & SONS, INC., CONTINENTAL CASUALTY INSURANCE COMPANY, CENTRAL MAINE POWER PLANT, COMBINED ENERGIES, A DIVISION OF THE UNION WATER-POWER COMPANY, and WESTCHESTER FIRE INSURANCE CO.,<br><br>Defendants. | **CA NO. 06-454** |

**ENTRY OF APPEARANCE**

I, Brent R. Canning, hereby enter my appearance on behalf of the following defendants: Central Maine Power Company, Westchester Fire Insurance Company, and Combined Energies, a division of the Union Water-Power Company.

Brent R. Canning, Esq., 5546
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
401-274-2000
401-277-9600 - FAX

Dated: December 8, 2006

**CERTIFICATE OF SERVICE**

I, Brent R. Canning, hereby certify that on this 8TH day of December 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.