UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of R.J. SANDERS, INC., Plaintiff | ) | |
| v. | ) | C.A. 06-454S |
| O. AHLBORG & SONS, INC., CASUALTY INSURANCE COMPANY, CENTRAL MAINE POWER PLANT, COMBINED ENERGIES, a Division of the UNION WATER COMPANY, and WESTCHESTER FIRE INSURANCE CO., Defendants | ) | |

**ENTRY OF APPEARANCE**

Now comes Laura J. Bottaro and hereby enters his appearance on behalf of the Defendant Casualty Insurance Company in the above-entitled matter.

/s/ Laura J. Bottaro
Laura J. Bottaro, Esquire
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax: (401) 521-3555
lbottaro@lmkbw.com

Dated: December 8, 2006

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within Entry of Appearance on the 8th day of December, 2006, to the following:

Joseph J. Reale, Jr., Esquire
reale@conversent.net

Brent R. Canning, Esquire
bcanning@haslaw.com

/s/ Laura J. Bottaro

F:\Laura\Ahlborg\RJ Sanders\Entry of Appearance ljb for Casualty.doc