UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
for the use and benefit of )
R.J. SANDERS, INC., )
Plaintiff, )
v. ) C.A. 06-454S
)
O. AHLBORG & SONS, INC., )
CASUALTY INSURANCE COMPANY, )
CENTRAL MAINE POWER PLANT, )
COMBINED ENERGIES, a Division of the )
UNION WATER COMPANY, and )
WESTCHESTER FIRE INSURANCE )
COMPANY, )
Defendants. )

**DEFENDANT O. AHLBORG & SONS, INC.'s**
**MOTION TO STAY PENDING ARBITRATION**

Defendant O. Ahlborg & Sons, Inc. ("Ahlborg") moves to stay Counts I, II, III, and IV of the Complaint in favor of arbitration.[1] Plaintiff R. J. Sanders, Inc. ("Sanders") and Ahlborg expressly agreed, in clear and unambiguous language, to arbitrate "any dispute, controversy, or claim" concerning Sanders' work at the Newport Naval Station Newport Heating Decentralization System Project ("Project"). Sanders' claims against Ahlborg each directly concern its work at the Project and the obligations of Sanders and Ahlborg under their Subcontract. The Federal Arbitration Act and the Rhode Island Arbitration Act require that the Court stay in favor of arbitration where the parties have expressly agreed to arbitrate their disputes.

[1] Plaintiff Sanders alleged six Counts in its Complaint, of which only Counts I through IV are alleged against Ahlborg. Counts II and III are also brought against Ahlborg's surety, Casualty Insurance Co., which is filing an Answer as to these Counts. This motion to stay does not address Sanders' claims against the surety.

For these reasons, supplemented by the attached memorandum, Ahlborg respectfully requests that the Court stay Counts I through IV against Ahlborg in favor of arbitration.

O. AHLBORG & SONS, INC.
By its attorneys,

/s/ John E. Bulman

John E. Bulman, Esquire
Laura J. Bottaro, Esquire
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax: (401) 521-3555
jbulman@lmkbw.com
lbottaro@lmkbw.com

Dated: December 8, 2006.

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within Motion on the 8th day of December, 2006, to the following:

Joseph J. Reale, Jr., Esquire
reale@conversent.net

Brent R. Canning, Esquire
bcanning@haslaw.com

/s/ John E. Bulman

*F:\Laura\Ahlborg\RJ Sanders\RJS v. Ahlborg & Combined Energies & Sureties\mot-stay pending arbitration.doc*