# ATTACHMENT 1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>R.J. SANDERS, INC.,<br>Plaintiff,<br>v.<br>O. AHLBORG & SONS, INC.,<br>CASUALTY INSURANCE COMPANY,<br>CENTRAL MAINE POWER PLANT,<br>COMBINED ENERGIES, a Division of the<br>UNION WATER COMPANY, and<br>WESTCHESTER FIRE INSURANCE<br>COMPANY,<br>Defendants. | C.A. 06-454S |

**AFFIDAVIT OF ERIC S. AHLBORG**

I, Eric S. Ahlborg, having been duly sworn state as follows:

1. I am President and COO of O. Ahlborg & Sons ("Ahlborg"), and I have personal knowledge of the facts contained in this Affidavit.

2. On April 13, 2004, Ahlborg and R.J. Sanders, Inc. ("Sanders"), signed a Subcontract Agreement with addendums by which Sanders agreed to provide HVAC services at the Naval Station Newport Heating System Decentralization project ("the Subcontract"). True and accurate copies of relevant excerpts of the Subcontract are attached hereto as Exhibit A.

3. Sanders worked at the Project from 2004 through mid-2005, until Ahlborg declared Sanders in default under the Subcontract.

Subscribed and sworn to this 7 day of December, 2006.

Eric S. Ahlborg, President and COO

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn before me this 7th day of December, 2006, by Eric S. Ahlborg, who, upon oath, attests that he is the President and COO of O. Ahlborg & Sons, Inc., and has been duly authorized by the company to execute the foregoing Affidavit.

Notary Public
My Commission Expires: 12/6/08

*F:\Laura\Ahlborg\RJ Sanders\RJS v. Ahlborg & Combined Energies & Sureties\aff-support mot to stay.doc*