**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, for the Use and Benefit of R.J. Sanders, Inc.** | : | |
| **vs.** | : | **C.A. No. 06-454S** |
| **O. AHLBORG & SONS, INC., CONTINENTAL CASUALTY INSURANCE COMPANY; CENTRAL MAINE POWER PLANT; COMBINED ENERGIES, A DIVISION OF THE UNION WATER-POWER COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY** | : | |

**PLAINTIFF'S RESPONSE TO THE DEFENDANT'S, O. AHLBORG & SONS, INC.'S MOTION TO STAY THE PROCEEDINGS**

Now comes the Plaintiff, R.J. Sanders, Inc., and stipulates that it is in agreement with the Defendant, O. Ahlborg & Sons, Inc., that this matter should be stayed pending the outcome of binding arbitration which is called for in the contract between the parties.

The contract, with the pertinent provisions, was attached to the Defendant's Motion to Stay. The Plaintiff has no objection to that Motion be granting, so the parties may proceed to binding arbitration.

Plaintiff
By its attorney,

/s/

Joseph J. Reale, Jr.-#3158
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

Dated: December 13, 2006

**CERTIFICATION**

To:
via e-mail: bcanning@hawlaw.com
Brent R. Canning, Esq.

via e-mail: jbulman@lmkbw.com
John E. Bulman, Esq.

via e-mail: lbottaro@lmkbw.com
Laura J. Bottaro, Esq.

I hereby certify I caused to be served electronically on the above-named counsel of record a true copy of the Response on December 13, 2006.

/s/