UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>R.J. SANDERS, INC.,<br>Plaintiff,<br>v.<br><br>O. AHLBORG & SONS, INC.,<br>CONTINENTAL CASUALTY COMPANY,<br>CENTRAL MAINE POWER PLANT,<br>COMBINED ENERGIES, a Division of the<br>UNION WATER COMPANY, and<br>WESTCHESTER FIRE INSURANCE<br>COMPANY,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. 06-454S |

**UNOPPOSED MOTION TO CORRECT DEFENDANT'S NAME**

Defendant Continental Casualty Company ("Defendant") files this motion to correct its name in the case caption and docket. Defendant's proper name is "Continental Casualty Company." Defendant was named in Plaintiff's Complaint and the case caption as "Continental Casualty Insurance Co." Defendant inadvertently filed an Answer in the name of "Casualty Insurance Company" on December 8, 2006. Defendant is filing, concurrent with this Motion, an Amended Answer correcting its name. Defendant has contacted counsel for all parties and understands that there is no objection to this Motion.

Therefore for clarity of the record, Defendant seeks an order of this Court correcting Defendant's name in the case caption and docket to Continental Casualty Company.

O. AHLBORG & SONS, INC. and
CONTINENTAL CASUALTY COMPANY
By its attorneys,

/s/ John E. Bulman____________________
John E. Bulman, Esquire
Laura J. Bottaro, Esquire

Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax: (401) 521-3555
jbulman@lmkbw.com
lbottaro@lmkbw.com

Dated: December 14, 2006.

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within Unopposed Motion to Correct Defendants' Name on the 14th day of December, 2006, to the following:

Joseph J. Reale, Jr., Esquire
reale@conversent.net

Brian R. Canning, Esquire
bcanning@haslaw.com

/s/ John E. Bulman

*F:\Laura\Ahlborg\RJ Sanders\RJS v. Ahlborg & Combined Energies & Sureties\mot-correct Def's Cont Cas Co. name.doc*