**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>For the use and benefit of<br>R.J. SANDERS, INC.<br>Plaintiffs,<br><br>v.<br><br>O. AHLBORG & SONS, INC., CONTINENTAL CASUALTY INSURANCE COMPANY, CENTRAL MAINE POWER PLANT, COMBINED ENERGIES, a Division of The UNION WATER COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY,<br>Defendants. | ) | Civil Action No. 06-454S |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel hereby dismiss this action with prejudice, with each party to bear its own costs, and all rights to appeal waived.

O. Ahlborg & Sons, Inc. and Continental Casualty Company
By their Attorneys,

/s/ John E. Bulman

John E. Bulman, Esq. (#3147)
Laura J. Bottaro, Esq. (#7390)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
(401) 521-3555 (facsimile)
jbulman@lmkbw.com
lbottaro@lmkbw.com

Date: 10/15/07

United States of America for the Use and Benefit of R.J. Sanders, Inc.
By its Attorneys,

/s/ Joseph J. Reale, Jr.

Joseph J. Reale, Jr., Esq. (#3158)
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
(401) 453-9900
(401) 453-9917 (facsimile)
reale@conversent.net

Date: 10/15/07

Central Maine Power Plant, Westchester
Fire Insurance Company, and Combined
Energies
By their Attorneys,

/s/ Brent R. Canning

Brent R. Canning, Esq. (#5546)
Hinckley Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (facsimile)
bcanning@haslaw.com

Date: 10/15/07

F:\JOHN\AHLBORG\R.J. Sanders\Dismissal Stip CA06-454.doc